Matter of Seligman (2024 NY Slip Op 02359)

Matter of Seligman

2024 NY Slip Op 02359

Decided on May 2, 2024

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:May 2, 2024

PM-77-24
[*1]In the Matter of Delores Felice Seligman, a Deceased Attorney. (Attorney Registration No. 1190180.)

Calendar Date:April 22, 2024

Before:Clark, J.P., Lynch, Reynolds Fitzgerald, McShan and Powers, JJ., concur. 

Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

Motion by the Mid-Hudson Women's Bar Association for certain relief concerning the March 14, 2024 order of this Court in this matter (see Matter of Seligman, 225 AD3d 1058 [3d Dept 2024]). Upon consideration of the papers filed in support of the motion and the papers filed by the Attorney Grievance Committee for the Third Judicial Department in response thereto, it is
ORDERED that the motion of the Mid-Hudson Women's Bar Association is granted; and it is further
ORDERED that this Court's order decided and entered March 14, 2024 is vacated in its entirety, effective immediately.
Clark, J.P., Lynch, Reynolds Fitzgerald, McShan and Powers, JJ., concur.